UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASYL KUZMYCH ET AL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA LLC,<br><br>　　　　　Defendant. | No. 2:24-cv-00290-CKD<br><br>ORDER |

Defendant answered plaintiff's complaint on February 14, 2024. (ECF No. 8). The filing of defendant's Answer triggers the 30-day deadline for the parties to file a Joint Status Report addressing the subjects listed in Local Rule 240(a) to assist the court in setting a scheduling order for the case. (See ECF No. 4, para. 3.) However, that deadline only applies if all parties consent to magistrate judge jurisdiction for all purposes under 28 U.S.C. § 636(c).[1] In the event that not all parties consent to magistrate judge jurisdiction, this case would be randomly reassigned to a district judge as presiding judge, and that district judge would direct the case's scheduling.

A review of the docket indicates that no Consent/Decline forms have yet been submitted. Accordingly, all parties shall file their Consent/Decline forms within seven (7) days of this order.

////

---

[1] This case was assigned solely to the undersigned pursuant to Appendix A of the court's Local Rules.

1

**ORDER**

Accordingly, it is HEREBY ORDERED that the parties file their Consent/Decline forms within seven (7) days of this order.

Dated: February 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,kuzm.0290